Date: November 4, 2011

Re: United States v. Esther Angelica Arias
    USDC No.: 06-10092
    Judge: Honorable Judge Woodlock

   Esther Arias #26914-038
   Federal Correctional Institution
   33 ½ Pembroke Station, Route 37
   Danbury, CT 06811

Attn: Clerk of Courts (Jarret Lovett)

   Back in April 2010, I submitted a §2255 Motion based on ineffective assistance of counsel. My intentions were to have it filed on both dockets which includes Docket # 06-10305 with Judge Wolf. Somehow it was only filed on Judge Wolf case. I just received a letter from your Honor explaining that my Motion for Evidentiary Hearing and for appointment of counsel was denied without prejudice due to the §2255 Motion not being filed on the dockets:
   Case No.: 06-10092;06-10305

   Both dockets were listed on the §2255 Motion, so I am asking that both of my motions to be **GRANTED** on the merits.

                               Respectfully Submitted,

                               BY: Esther Angelica Arias
                                   *(signature)*
                                   Signature of Requester
                               Dated: 11/04/2011