May 8, 2014

RE: Esther Arias
DKT: 06-10305-MLW
     06-10092

Dear Ms. Carter, Clerk of Courts;
                    Good day to you mam. I am the aforesaid inmate, currently residing in FCI Aliceville, in dire need of your assistance. I humbly request of your person, clarification on the status of my cases. First, let me express my gratitude for your prompt assistance thus far, in the relaying of corresponsence. Ms. Carter, I am at my wits end in reference to case no. Cr. 06 10305. The Honorable Judge Wolf, has issued Orders in my case, and for that I am most grateful. What I dont have any clarification on, is the status of my Writ of Mandamus, regarding docket no. 06-10092.

I am not asking for legal advice, just an update on whether any action was made on the Writ of Mandamus. Judge Woodlock hasnt acknowledged receipt of said Writ. At your earliest convenience, can you please forward to my person, a docketing statement, on case no. 06-10092.  I did receive correspondence from you dated April 16, 2014, however, there is no mention of any filing of any mandates, in reference to this case.

Is it possible that both cases have been combined, and one Judge will make decisons on both cases? If that is the case, can I please have something in writing, indicating such.  I also understand that there is a waiting process when it comes to collateral attack reviews, and I have no problem wating patiently. But without knowing exactly what is going on, prompts me to feel that my paperwork, may have not reached the correct destination, or, a mandate may have been issued, and may have been sent to my last holding location, as I have been moved around a couple of times, over the last year or so.

I really do appreciate your help, and any information that can be forwarded to me, would be so greatly appreciated. Mam, if you are not the right person to contact, I respectfully asks that you direct me down the right road.

Thank you once again.

Respectfully,

*Esther Angelica Arias*

FCI Aliceville
PO Box 4000
Aliceville, Al   35442