# United States Court of Appeals
## For the First Circuit

Nos. 14-1183 & 14-1687

IN RE: ESTHER ANGELICA ARIAS,

Petitioner.

**ORDER OF COURT**

Entered: June 1, 2015

    Petitioner has filed mandamus petitions complaining that her § 2255 petition, which was docketed on 4/29/10, has not been acted upon. The district court docket (06-10092) indicates that the government was directed to file an answer by 11/30/11, but that on 11/30/11, the government asked for an extension and for an order concerning the attorney-client privilege. So far as appears, those motions still remain pending, and petitioner's § 2255 petition has not been adjudicated. We recognize the heavy case load of the district court, but the delay in this case has been protracted. In these circumstances, we request the government to file a status report in 60 days.

    The clerk will provide a copy of this order to Judge Woodlock's chambers.

By the Court:

/s/ Margaret Carter, Clerk


cc:    Honorable Douglas P. Woodlock
        Robert M. Farrell, Clerk of Court
        Esther A. Arias
        Dina M. Chaitowitz
        Victor A. Wild